UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

```
JUDGE   : Cleland, Robert H.
DECK    : Det/AA Judge Crim Deck
DATE    : 06/14/2005 @ 16:23:13
CASE NUMBER : 2:05CR80544
INDI USA V. WALCZAK WI (KC)
```

D-1 JOHN EDWIN WALCZAK,

    Defendant.
_____/

MAGISTRATE JUDGE MONA K. MAJZOUB

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(Receipt of Child Pornography
Title 18 U.S.C. Section 2252A(a)(1))

**D-1 JOHN EDWIN WALCZAK**

On or about April 14, 2003, within the Eastern District of Michigan, **JOHN EDWIN WALCZAK**, the defendant herein, knowingly received in interstate commerce by means of The United States Mail, child pornography, as defined in Title 18 United States Code 2256(8)(A), that is, video digital images stored on a CD-ROM, entitled "Number 29 Blue Orchard" and containing visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(A)(1).

## COUNT TWO
### (Possession of Child Pornography
### Title 18 U.S.C. Section 2252A(a)(5)(B))

**D-1 JOHN EDWIN WALCZAK**

On or about April 14, 2003, in the Eastern District of Michigan, **JOHN EDWIN WALCZAK**, defendant herein, did knowingly possess one or more items, to wit, computer hard drive(s) and computer media of over 700 still and 60 video digital images containing child pornography, as defined in Title 18 United States Code 2256(8)(A), which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, and which were produced using materials which have been mailed, shipped, or transported in interstate and foreign commerce, the production of which

images involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct.

THIS IS A TRUE BILL.

_____
FOREPERSON

STEPHEN J. MURPHY
United States Attorney

_____
JENNIFER GORLAND
Assistant U.S. Attorney
Chief, General Crimes Unit

_____
GRAHAM L. TEALL (P40645)
Assistant U.S. Attorney

Dated: June 14, 2005